Sullivan, J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE BARNES & NOBLE, INC.
SHAREHOLDERS DERIVATIVE
LITIGATION.

06-CV-6692 (RJS)

**STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, pursuant to Rules 23.1(c) and 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that in accordance with the Stipulation of Compromise and Settlement dated September 6, 2007 (the "Stipulation") and approved on May 5, 2008 by Justice Richard B. Lowe III in *Timothy Hill v. Matthew A. Berdon, et al.*, No. 06/602389 (N.Y. Sup. Ct.), this consolidated action is dismissed with prejudice, with each side to bear its own costs and attorneys' fees, except to the extent that the Stipulation provides for the payment of attorneys' fees and expenses.

Dated:  New York, New York
        May 13, 2008

FEDERMAN & SHERWOOD

By: _____
William B. Federman
wfederman@aol.com
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
(405) 235-1560

*Lead Counsel for Plaintiff*

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: _____
Stephen R. Neuwirth
stephenneuwirth@quinnemanuel.com
Jeffrey A. Conciatori
jeffreyconciatori@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Counsel for Defendants*

SO ORDERED
Dated: 5/15/08

_____
RICHARD J. SULLIVAN
U.S.D.J.